UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE RAUL MELERO-LOPEZ,<br><br>    Defendant. | Case No.:  24-cr-1569-JO<br><br>**ORDER GRANTING JOINT MOTION TO PROCEED WITH SENTENCING WITH A CRIMINAL HISTORY REPORT** |

On September 6, 2024, the parties filed a joint motion to waive the preparation of a presentence report ("PSR") in this case and to proceed with sentencing with a criminal history report ("CHR.") (Dkt. 25.) For good cause shown and based on the joint motion, the Court GRANTS the joint motion to waive the PSR and proceed with sentencing with a CHR. *See United States v. Shehadeh*, 962 F.3d 1096, 1102 (9th Cir. 2020) (Holding that a defendant may waive his right to the preparation of a presentence report under Fed. R. Crim. P. 32). Accordingly, the sentencing with a PSR hearing set for December 6, 2024 is VACATED and a sentencing with a CHR is set for October 11, 2024 at 1:30 p.m.

IT IS SO ORDERED.

Dated: September 11, 2024

_____
Honorable Barry Ted Moskowitz
Senior United States District Judge
for
Honorable Jinsook Ohta
United States District Judge